United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§ | |
| v. | § | CIVIL ACTION NO. 4:26-cv-03049 |
| | § | |
| $1,005,470.63 SEIZED FROM<br>FIRST SERVICE CREDIT UNION<br>ACCOUNT x8155,<br>Defendant. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT OF FORFEITURE BY DEFAULT

The Court has considered the United States' Motion for Final Judgment of Forfeiture by Default and has decided to grant it.

The United States alleges in the Verified Complaint that the $1,005,470.63 seized from a First Service Credit Union Account with an account number ending in 8155 (the "Defendant Property") is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(A), and 984 because the Defendant Property constitutes the proceeds of health care fraud and is property involved in money laundering. Based on the record and the applicable law, the Court finds pursuant to Rule G(2)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions that the Complaint sets forth sufficiently detailed facts to support a reasonable belief that the United States would be able to meet its burden of proof at trial.

The Court further finds that the United States published notice of the forfeiture (Dkt No. 8) and sent notice by means reasonably calculated to reach potential claimants (Dkt No. 9), satisfying Supplemental Rule G(4). The time for filing a claim has expired, and

there are no claimants before the Court. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, a default judgment is appropriate.

Accordingly, it is hereby ORDERED that:

1. Default is entered against Wafa Hamo, Bun Khath, and the account holder KJSJ Healthcare LLC;

2. Any other persons having any claim, right, or interest in the $1,005,470.63 are held in default;

3. A final judgment by default is entered against the $1,005,470.63 Defendant Property; and

4. The $1,005,470.63 is forfeited to the United States of America to be disposed of in accordance with law.

THIS IS A FINAL JUDGMENT.

Signed at Houston, Texas, on the 23rd day of July, 2026.

Lee H. Rosenthal

Lee H. Rosenthal
Senior United States District Judge